UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
N-15-3
2016 MAR 22  PM 4 56
U.S. DISTRICT COURT
NEW ...

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:16Cr 50 -VLB |
| | : | |
| v. | : | VIOLATIONS: |
| | : | |
| GEORGE DOBUZINSKY | : | 18 U.S.C. § 1349 |
| | : | (Conspiracy to Commit Wire Fraud) |
| | : | |
| | : | 18 U.S.C. §§ 1343 & 1346 |
| | : | (Honest Services Wire Fraud) |
| | : | |
| | : | 18 U.S.C. § 2 |
| | : | (Aiding and Abetting) |
| | : | |
| | : | 18 U.S.C. § 981(a) & 28 U.S.C. § 2461 |
| | : | (Forfeiture) |

INDICTMENT

The Grand Jury charges:

General Allegations

1. At all times relevant to this Indictment, University A was a university operating within the District of Connecticut.

2. At all times relevant to this Indictment, the defendant GEORGE DOBUZINSKY was employed by University A as a project manager responsible for obtaining vendors to complete audio/visual projects on University A's campus.

COUNT ONE
(Conspiracy)

3. The factual allegations contained in paragraphs 1-2 are realleged and incorporated as if fully set forth herein.

1

## Object and Purpose of the Conspiracy

4. The object and purpose of the conspiracy was for DOBUZINSKY to enrich himself using his official position at University A, including by soliciting and accepting gifts, payments, and other things of value from vendors in exchange for DOBUZINSKY continuing to direct projects from University A to the vendors who paid him kickbacks.

5. Specifically, from in or about 2005 to in or about November 2013, the exact dates being unknown to the Grand Jury, in the District of Connecticut, DOBUZINSKY and others known and unknown to the Grand Jury did knowingly combine, conspire, confederate, and agree to commit an offense against the United States; that is, knowingly having devised and operated, and intending to devise and operate, a scheme and artifice to defraud University A of its right to DOBUZINSKY's honest services through bribery or kickbacks by means of material misrepresentation, false statement, false pretense, or concealment of fact, the co-conspirators did transmit or cause to be transmitted any writing, signal, or sound by means of a wire, radio or television communication in interstate commerce in advancing, furthering, and carrying out the scheme, in violation of Title 18, United States Code, Sections 1343 and 1346.

## Manner and Means of the Conspiracy

6. In furtherance of the conspiracy, and in order to effectuate the objects thereof, DOBUZINSKY and others known and unknown to the Grand Jury, used the following manner and means, among others:

a.      It was a part of the conspiracy that, between 2005 and 2013, DOBUZINSKY arranged to receive periodic kickback payments and gifts from vendors in exchange for awarding them additional audio/visual project work from University A.

b.      It was a further part of the conspiracy that, between 2005 and 2009, DOBUZINSKY directed the vendors to make kickback payments to him in the form of checks payable to an entity owned by DOBUZINSKY's friend, who later provided the money to DOBUZINSKY. The checks ranged in amount from approximately $900 to $5,000. The vendors paid these amounts at DOBUZINSKY's request and continued to receive work from University A in exchange for the payments.

7.      It was a further part of the conspiracy that, between 2010 and 2013, DOBUZINKY directed an individual not charged herein to start a limited liability corporation ("LLC") to which vendors could direct their kickback payments. The individual opened a bank account for the LLC in Massachusetts. The checks to this corporation ranged in amount from $300 to $8,500. The vendors paid these amounts at DOBUZINSKY's request and continued to receive work from University A in exchange for the payments. The individual who had started the LLC would deposit the checks at bank branches in Connecticut, and DOBUZINSKY and the individual would spend the money on household expenses.

8.      It was a further part of the conspiracy that, between 2005 and 2013, including particularly at holiday times, DOBUZINSKY would request and receive

gifts from the vendors, in violation of the University's policies, including steakhouse gift certificates and electronic equipment for personal use.

All in violation of Title 18, United States Code, Section 1349.

## COUNTS TWO THROUGH FOUR
(Wire Fraud)

9. The factual allegations contained in paragraphs 1-8 and are realleged and incorporated as if fully set forth herein.

10. From in or about 2005 to in or about June 2013, the exact dates being unknown to the Grand Jury, in the District of Connecticut, DOBUZINSKY did knowingly and with an intent to defraud devise and operate a scheme and artifice to defraud his employer of its right to honest services through bribery or kickbacks, by means of material misrepresentation, false statement, false pretense, or concealment of fact, and, in advancing, furthering the scheme, and in carrying out the scheme, did transmit or cause to be transmitted any writing, signal, or sound by means of a wire, radio or television communication in interstate commerce.

11. On or about the dates listed below, for the purpose of executing and attempting to execute the above-described scheme and artifice to defraud, in the District of Connecticut and elsewhere, DOBUZINKY did transmit or cause to be transmitted by means of wire communication in interstate commerce the following writings, signs, signals, pictures, or sounds:

| Count | Date of Wire Communication | Interstate Wire Communication |
|---|---|---|
| Two | January 14, 2013 | Deposit of a check bearing number 1112 in the amount of $5,502 dated December 31, 2012, into the LLC's Massachusetts-based bank account from a bank branch in Connecticut |
| Three | July 1, 2013 | Deposit of a check bearing number 1211 in the amount of $8,500 dated June 28, 2013, into the LLC's Massachusetts-based bank account from a bank branch in Connecticut |
| Four | December 20, 2010 | Deposit of a check bearing number 1054 in the amount of $2,400 dated November 19, 2010, into the LLC's Massachusetts-based bank account from a bank branch in Connecticut |

All in violation of Title 18, United States Code, Sections 1343, 1346, and 2.

FORFEITURE ALLEGATION

The allegations contained in Counts One through Four of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

Upon conviction of the honest services wire fraud offense alleged in Counts One through Four of this Indictment, DOBUZINSKY shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), all right, title, and interest in any and all property, real or personal, which constitutes or is derived from proceeds

traceable to violations of honest services wire fraud, including but not limited to the following: approximately thirteen gift certificates to Ruth's Chris Steakhouse, each in the amount of approximately $100, which were seized from the defendant's residence during execution of a search warrant on November 8, 2013.

If any of the above described forfeitable property, as a result of any act or omission of the defendant, cannot be located upon the exercise of due diligence, has been transferred, sold to, or deposited with a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

All in accordance with Title 18, United States Code, Section 981(a)(1) as incorporated by Title 28, United States Code, Section 2461(c), and Rule 32.2(a),

Federal Rules of Criminal Procedure.

A TRUE BILL.

/s/

FOREPERSON

UNITED STATES OF AMERICA

*[signature]*
DEIRDRE M. DALY
UNITED STATES ATTORNEY

*[signature]*
NANCY V. GIFFORD
ASSISTANT UNITED STATES ATTORNEY